[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 28, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16738
Non-Argument Calendar

_____

D.C. Docket No. 04-00892-CV-ORL-31-JGG

KEVIN H. HUDSON, an individual,

Plaintiff-Appellant,

versus

INTERNATIONAL COMPUTER NEGOTIATIONS, INC.,
a Florida corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 28, 2006)**

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

Appellant-plaintiff Kevin H. Hudson (Hudson) appeals the district court's grant of summary judgment in favor of International Computer Negotiations, Inc. (ICN) and against Hudson's claims arising under the Employee Retirement and Income Security Act, 29 U.S.C. § 1001, *et seq.* (ERISA), the Florida Civil Rights Act, Fl. Stat. § 760, *et seq*. (FCRA), as well as a state law claim for negligent misrepresentation. After carefully reviewing the record on appeal and reading the parties' briefs, we affirm this appeal for the reasons stated in the district court's thorough and well-reasoned order dated November 16, 2005, finding that Hudson's "utter inability to support his claims" made them "little more than frivolous."

AFFIRMED.